United States District Court
Southern District of Texas
**ENTERED**
February 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:20-CR-1112 |
| | § | |
| ARIANA SEPULVEDA | § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Ariana Sepulveda's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance of Defendant Ariana Sepulveda is hereby GRANTED, and this case is continued for the reasons stated above.

It is further ORDERED that the Final Pretrial (previously set for February 4, 2022) in this case is hereby reset for March 4, 2022, at 9:00 a.m., and Jury Selection is hereby reset for March 8, 2022, at 9:00 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

SO ORDERED February 7, 2022, at McAllen, Texas.

_____
Randy Crane
United States District Judge